■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBIN TELLIER, Appellant. [719 NYS2d 891] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 15, 1996 (*People v Tellier,* 232 AD2d 509), affirming a judgment of the Supreme Court, Queens County, rendered April 2, 1992.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Ritter, J. P., Altman, S. Miller and McGinity, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MILTON THOMPSON, Appellant. [719 NYS2d 885] —Appeal by the defendant from a judgment of the County Court, Westchester County (Smith, J.), rendered August 15, 1997, convicting him of promoting prison contraband in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to support his conviction is unpreserved for appellate review. In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are without merit. O'Brien, J. P., Krausman, Florio and Luciano, JJ., concur.